IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                      Case No. 16-03274-HWV
                                                             Chapter 13

ROLAND D. JOHNSON AND
DIANE M. JOHNSON

Debtor(s).

## NOTICE OF APPEARANCE

**Quicken Loans Inc.**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven Kelly, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

                                      By:   */s/ Steven Kelly, Esquire*
                                               Steven Kelly, Esquire,
                                               Bar No: 308573
                                               Stern & Eisenberg, PC
                                               1581 Main Street, Suite 200
                                               The Shops at Valley Square
                                               Warrington, PA 18976
                                               Phone: (215) 572-8111
                                               Fax: (215) 572-5025
                                               skelly@sterneisenberg.com
                                               Attorney for Creditor

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 17th day of October, 2018, to the following:

Chad J. Julius
Jacobson, Julius & McPartland
8150 Derry Street
Suite A
Harrisburg, PA 17111
cjulius@ljacobsonlaw.com
*Attorney for Debtor(s)*

Charles J. DeHart, III
8125 Adams Drive
Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com
*Chapter 13 Trustee*

Asst. U.S. Trustee
Office of the U.S. Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Roland D. Johnson
6620 Somerset Street
Harrisburg, PA 17111

Diane M. Johnson
6620 Somerset Street
Harrisburg, PA 17111
*Debtor(s)*

      By:   /s/Steven Kelly, Esquire