UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No.: 16-3275-HWV |
| | Chapter 13 |
| Roland D. Johnson and | |
| Diane M. Johnson, | Doc. No. ___ |
| Debtors. | Related to Claim No.: 1-1 |

NOTICE OF WITHDRAWAL OF
NOTICE OF POSTPETITION FEES, EXPENSES, AND CHARGES

Quicken Loans Inc. ("Quicken") hereby files this notice (the "Notice") withdrawing with prejudice its *Notices of Postpetition Mortgage Fees, Expenses, and Charges* filed on October 13, 2016 and December 14, 2016 and states the following in support thereof:

1. The Debtors filed the instant Chapter 13 case on August 8, 2016 [Docket No. 1].

2. On August 23, 2016 Quicken filed a proof of claim in the amount of $114,334.31 [Claim No. 1-1] secured by a lien on the Debtors' property (the "Loan").

3. On October 13, 2016, Quicken filed a *Notice of Postpetition Mortgage Fees, Expenses, and Charges* (the "10/13/16 Notice of Fees") assessing $500.00 against the Loan for attorney's fees paid to prepare Quicken's proof of claim.

4. On December 14, 2016, Quicken filed a *Notice of Postpetition Mortgage Fees, Expenses, and Charges* (the "12/14/16 Notice of Fees") assessing $150.00 against the Loan for attorney's fees paid to review the Debtors' proposed chapter 13 plan.

5. No objections were filed to the 10/13/16 Notice of Fees or the 12/14/16 Notice of Fees.

6. Upon further review, Quicken has determined that the fees and expenses set forth in the 10/13/16 Notice of Fees and the 12/14/16 Notice of Fees should not have been assessed against the Loan. Accordingly, Quicken has removed all fees and expenses listed in the 10/13/16 Notice of Fees and the 12/14/16 Notice of Fees from the Debtors' account, and Quicken will not assess against the Loan or seek to collect from the Debtors these fees and expenses in the future.

7. Quicken will not assess against the Loan or seek to collect from the Debtors any fees and expenses related to preparing and filing this Notice.

Dated: December 14, 2018

*/s/ Jack P. Bock, III*
Jack P. Bock, III (PA I.D. No. 201758)
Reed Smith LLP
225 Fifth Ave.
Pittsburgh, PA 15222
Phone: (412) 288-3098
Email: jbock@reedsmith

*Counsel to Quicken Loans Inc.*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Roland D. Johnson and
Diane M. Johnson,

        Debtors.

Case No.: 16-3275-HWV
Chapter 13

Doc. No. ___

Related to Claim No.: 1-1

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and correct copy of the within *Withdrawal of Notice of Postpetition Mortgage Fees, Expenses, and Charges* and this Certificate, was sent to the below-listed recipients via first class mail and / or ECF on the date set forth below.

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Chad J. Julius
Jacobson & Julius
8150 Derry Street, Suite A
Harrisburg, PA 17111

Roland D. Johnson
6620 Somerset Street
Harrisburg, Pa 17111

Diane M. Johnson
6620 Somerset Street
Harrisburg, Pa 17111

3

DATE: December 14, 2018					Respectfully Submitted,


							*/s/ Jack P. Bock, III*
							Jack P. Bock, III (PA I.D. No. 201758)
							Reed Smith LLP
							225 Fifth Ave.
							Pittsburgh, PA 15222
							Phone:  (412) 288-3098
							Email:  jbock@reedsmith

							*Counsel to Quicken Loans Inc.*