United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Roland D. Johnson  
Diane M. Johnson  
    Debtors

Case No. 16-03274-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Oct 19, 2021      Form ID: 3180W      Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roland D. Johnson, 6620 Somerset Street, Harrisburg, Pa 17111-4457 |
| jdb | + | Diane M. Johnson, 6620 Somerset Street, Harrisburg, Pa 17111-4457 |
| cr | + | FIRST NATIONAL BANK OF PENNSYLVANIA, c/o Donna M. Donaher, One North Shore Center, 12 Federal Street, Pittsburgh, PA 15212-5752 |
| cr | + | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, c/o Stern & Eisenberg, P.C., 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 4822712 | + | 1st National Bank, 4140 E. State St., Hermitage, PA 16148-3401 |
| 4822713 | + | AES, PO Box 61047, Harrisburg, Pennsylvania 17106-1047 |
| 4863593 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 4836025 | + | First National Bank of Pennsylvania, c/o Donna M. Donaher, One North Shore Center, 12 Federal Street, First Floor, Pittsburgh, PA 15212-5752 |
| 4836024 | + | First National Bank of Pennsylvania, c/o Donna M. Donaher, Esquire, One North Shore Center, 12 Federal Street, First Floor, Pittsburgh, PA 15212-5752 |
| 4836799 | + | HSBC BANK USA, N.A., One Mortgage Way, Mt Laurel NJ 08054-4637 |
| 4863666 | + | Hyundai Capital America DBA, Kia Motors Finance, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 4822719 | + | Kia Motor Finance, PO Box 20835, Fountain Valley, CA 92728-0835 |
| 4822723 | + | Metro Bank, PO Box 4999, Harrisburg, PA 17111-0999 |
| 4822724 | + | Mortgage Service Center, 2001 Bishop Gate B, Mount Laurel, NJ 08054-4604 |
| 4853730 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741 |
| 4829763 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 4824945 | + | PHH-HSBC, One Mortgage Way, Mt Laurel, NJ 08054-4624 |
| 4822725 | + | Quicken Loans, PO Box 4622, Waterloo, IA 50704-4622 |
| 5125088 | + | Steven Kelly, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 4836154 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 4822730 | | US Dept. of Education /GLEL, PO Box 7860, Madison, Wisconsin 53707-7860 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Oct 19 2021 22:43:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 4836472 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 19 2021 18:46:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 4822714 | + | EDI: CAPITALONE.COM | Oct 19 2021 22:43:00 | Capital One Bank, PO Box 30281, Salt Lake City, Utah 84130-0281 |
| 4836829 | | EDI: CAPITALONE.COM | Oct 19 2021 22:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4822720 | + | EDI: CITICORP.COM | | |

| Recipient ID | Delivery Method | Date/Time | Address |
|---|---|---|---|
| | | Oct 19 2021 22:43:00 | Macy's Bankruptcy Processing, PO Box 8218, Mason, Ohio 45050 |
| 4953759 | EDI: ECMC.COM | Oct 19 2021 22:43:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 4953760 | EDI: ECMC.COM | Oct 19 2021 22:43:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 4846406 | + Email/Text: bankruptcy@fult.com | Oct 19 2021 18:46:00 | Fulton Bank, N.A., One penn square, P.o. Box 4887, LANCASTER, PA 17604-4887 |
| 4836799 | + EDI: LCIPHHMRGT | Oct 19 2021 22:43:00 | HSBC BANK USA, N.A., One Mortgage Way, Mt Laurel NJ 08054-4637 |
| 4863667 | + EDI: HY11.COM | Oct 19 2021 22:43:00 | Hyundai Capital America DBA, Hyundai Motor Finance, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 4822717 | + EDI: HY11.COM | Oct 19 2021 22:43:00 | Hyundai Finance, PO Box 20829, Fountain Valley, California 92728-0829 |
| 4822718 | EDI: IRS.COM | Oct 19 2021 22:43:00 | Internal Revenue Service, PO Box 866, Harrisburg, Pennsylvania 17108 |
| 4822722 | Email/Text: unger@members1st.org | Oct 19 2021 18:46:00 | Members 1st FCU, PO Box 40, Mechanicsburg, Pennsylvania 17055-0040 |
| 4822721 | Email/Text: unger@members1st.org | Oct 19 2021 18:46:00 | Members 1st FCU, PO Box 40, Mechanicsburg, 17055-0040 |
| 4847427 | + EDI: MID8.COM | Oct 19 2021 22:43:00 | Midland Funding, LLC, Midland Credit Management, Inc., as agent for Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4822724 | + EDI: LCIPHHMRGT | Oct 19 2021 22:43:00 | Mortgage Service Center, 2001 Bishop Gate B, Mount Laurel, NJ 08054-4604 |
| 4916408 | EDI: PRA.COM | Oct 19 2021 22:43:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 4916409 | EDI: PRA.COM | Oct 19 2021 22:43:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 4823707 | + Email/Text: bankruptcyteam@quickenloans.com | Oct 19 2021 18:46:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 4822726 | + Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 19 2021 18:46:00 | RBS Citizens Bank NA, 480 Jefferson Blvd., Warwick, Rhode Island 02886-1359 |
| 4826215 | EDI: AGFINANCE.COM | Oct 19 2021 22:43:00 | SPRINGLEAF FINANCIAL SERVICES, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 4822727 | EDI: AGFINANCE.COM | Oct 19 2021 22:43:00 | Springleaf, 3120 Parkview Ln, Ste 101, Harrisburg, Pennsylvania 17111 |
| 4822728 | + EDI: RMSC.COM | Oct 19 2021 22:43:00 | SYNCB/JC Penney, PO Box 965036, Orlando, Florida 32896-5036 |
| 4822729 | + EDI: RMSC.COM | Oct 19 2021 22:43:00 | SYNCB/Sams Club, PO Box 965005, Orlando, Florida 32896-5005 |
| 4822716 | + Email/Text: bankruptcy@fult.com | Oct 19 2021 18:46:00 | fulton Bank, 1695 State St., East Petersburg, Pennsylvania 17520-1328 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 4828379 | | M&T Bank - PO Box 1508, Buffalo, NY 14240 |
| 4826216 | *P++ | SPRINGLEAF FINANCIAL SERVICES, P O BOX 3251, EVANSVILLE IN 47731-3251, address filed with court:, SPRINGLEAF FINANCIAL SERVICES, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 4822715 | ##+ | Ditech Financial LLc, PO Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Alexandra Teresa Garcia | on behalf of Creditor PHH MORTGAGE CORPORATION ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Alexandra Teresa Garcia | on behalf of Creditor HSBC BANK USA  N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Chad J. Julius | on behalf of Debtor 2 Diane M. Johnson cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Chad J. Julius | on behalf of Debtor 1 Roland D. Johnson cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Christopher M. McMonagle | on behalf of Creditor Quicken Loan Inc. cmcmonagle@timoneyknox.com bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor Quicken Loan Inc. djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Donna Donaher | on behalf of Creditor FIRST NATIONAL BANK OF PENNSYLVANIA donaherd@fnb-corp.com |
| ECMC | djwilcoxson@ecmc.org |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jack P. Bock, III | on behalf of Creditor Quicken Loan Inc. jbock@reedsmith.com lheatherington@reedsmith.com |
| James Warmbrodt | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| Joseph Angelo Dessoye | on behalf of Creditor Fulton Bank  N.A. pamb@fedphe.com |
| Mario John Hanyon | on behalf of Creditor Fulton Bank  N.A. pamb@fedphe.com, mario.hanyon@brockandscott.com |

Matthew Christian Waldt
    on behalf of Creditor Nationstar Mortgage LLC mwaldt@milsteadlaw.com bkecf@milsteadlaw.com

Steven P. Kelly
    on behalf of Creditor Quicken Loan Inc. skelly@sterneisenberg.com bkecf@sterneisenberg.com

Thomas Song
    on behalf of Creditor Fulton Bank N.A. tomysong0@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William Edward Miller
    on behalf of Creditor Quicken Loan Inc. wmiller@friedmanvartolo.com wedwardmiller@gmail.com

TOTAL: 19

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Roland D. Johnson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−3120<br>EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Diane M. Johnson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−6921<br>EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:16−bk−03274−HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Roland D. Johnson              Diane M. Johnson

**By the court:**   *(signature)*

10/19/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: KarenDavis, Deputy Clerk

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**