United States Bankruptcy Court
Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-03274-HWV |
| Roland D. Johnson | Chapter 13 |
| Diane M. Johnson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Jan 06, 2022  Form ID: fnldec  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Roland D. Johnson, Diane M. Johnson, 6620 Somerset Street, Harrisburg, Pa 17111-4457 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor HSBC BANK USA N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Alexandra Teresa Garcia | on behalf of Creditor PHH MORTGAGE CORPORATION ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Chad J. Julius | on behalf of Debtor 2 Diane M. Johnson cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Chad J. Julius | on behalf of Debtor 1 Roland D. Johnson cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Christopher M. McMonagle | on behalf of Creditor Quicken Loan Inc. cmcmonagle@timoneyknox.com bkecf@sterneisenberg.com |

| Name | Details |
|---|---|
| Daniel Philip Jones | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor Quicken Loan Inc. djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Donna Donaher | on behalf of Creditor FIRST NATIONAL BANK OF PENNSYLVANIA donaherd@fnb-corp.com |
| ECMC | djwilcoxson@ecmc.org |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jack P. Bock, III | on behalf of Creditor Quicken Loan Inc. jbock@reedsmith.com lheatherington@reedsmith.com |
| James Warmbrodt | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| Joseph Angelo Dessoye | on behalf of Creditor Fulton Bank N.A. pamb@fedphe.com |
| Mario John Hanyon | on behalf of Creditor Fulton Bank N.A. pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Matthew Christian Waldt | on behalf of Creditor Nationstar Mortgage LLC mwaldt@milsteadlaw.com bkecf@milsteadlaw.com |
| Steven P. Kelly | on behalf of Creditor Quicken Loan Inc. skelly@sterneisenberg.com bkecf@sterneisenberg.com |
| Thomas Song | on behalf of Creditor Fulton Bank N.A. tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William Edward Miller | on behalf of Creditor Quicken Loan Inc. wmiller@friedmanvartolo.com wedwardmiller@gmail.com |

TOTAL: 19

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Roland D. Johnson, | Chapter 13 |
| **Debtor 1** | |
| Diane M. Johnson, | Case No. 1:16−bk−03274−HWV |
| **Debtor 2** | |

Social Security No.:
      xxx−xx−3120      xxx−xx−6921

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: January 6, 2022

By the Court,

*[signature]*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: KarenDavis, Deputy Clerk

**fnldec** (10/20)